

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2014

No. 04-14-00293-CR

**IN RE** Rosendo **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Marialyn Barnard, Justice
                   Rebeca C. Martinez, Justice
                   Luz Elena D. Chapa, Justice

On April 28, 2014, relator filed a pro se petition for writ of mandamus raising two separate bases for mandamus relief. This court is without jurisdiction to consider relator's complaint related to his pending application for post-conviction habeas corpus relief. Accordingly, the petition for writ of mandamus is DISMISSED IN PART FOR LACK OF JURISDICTION. With respect to relator's complaint that the trial court failed to rule on a pending motion within a reasonable time, the court has considered relator's petition and the response filed on behalf of the respondent judge and has determined that the petition is now moot. Accordingly, relator's petition for writ of mandamus is DENIED IN PART AS MOOT. *See* TEX. R. APP. P. 52.8(a). Relator's request for leave to file the petition for writ of mandamus is also DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on May 29th, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1983-CR-0599B-W1, styled *The State of Texas v. Rosendo Martinez*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Philip A. Kazen Jr. presiding.